# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 1, 2006

130150

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GEORGE H. GOLDSTONE,
      Plaintiff-Appellant,

v

BLOOMFIELD TOWNSHIP PUBLIC LIBRARY,
      Defendant-Appellee.

SC: 130150
COA: 262831
Oakland CC: 04-060611-CZ

_____/

On October 11, 2006, the Court heard oral argument on the application for leave to appeal the November 8, 2005 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is GRANTED. MCR 7.302(G)(1). The Attorney General, the Michigan Association of Counties, the Michigan Municipal League, and the Michigan Library Association are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 1, 2006

Clerk

t1025